1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| 11  WACOM CO., LTD. and WACOM<br>12  TECHNOLOGY CORPORATION,<br>13              Plaintiff,<br>14<br>15       v.<br>16  APPLEBOX, et al.,<br>17              Defendants. | Case No. 14-cv-05106-BHS<br><br>ORDER ON<br>DEFENDANT RACHELLE OWENS<br>D.B.A. SPECIALTY WAREHOUSE'S<br>THIRD UNOPPOSED MOTION FOR<br>EXTENSION OF TIME<br>TO FILE A RESPONSE TO THE<br>COMPLAINT |

The Court, having reviewed Defendant Rachelle Owens d.b.a. Specialty Warehouse's Third Unopposed Motion for Extension of Time to File a Response to the Complaint ("Motion"), and for good cause shown, hereby GRANTS the Motion. Pursuant to this Order, Defendant Rachelle Owens d.b.a. Specialty Warehouse's response to the Complaint is due on May 2, 2014.

IT IS SO ORDERED.

DATED this 17 day of April, 2014.

_____
United States District Judge